IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIDELITY & DEPOSITORY COMPANY
OF MARYLAND                                                                          PLAINTIFF

VS.                                   NO. 4-08-CV000195-~~WRW~~ BSM

U.S. FUEL INTERNATIONAL, INC;
TROUTMAN OIL COMPANY, INC.;
TROUTMAN DEVELOPMENT COMPANY, INC.;
TOBY TROUTMAN; JODIE TROUTMAN;
and CHARLES TROUTMAN                                                     DEFENDANTS

AGREED ORDER EXTENDING TIME TO RESPOND TO MOTION FOR
SUMMARY JUDGMENT

Upon agreement of the parties the time for the Defendants to file a Response to Motion for Summary Judgment filed by the Plaintiff herein is September 8th, 2008.

IT IS SO ORDERED.

_____
The Honorable ~~William R. Wilson~~ Brian S. Miller
United States District Judge

9-8-08
Date

APPROVED AS TO FORM:

_____
Larry K. Cook, P.A.,
Attorney for Defendants

_____
Travis J. Fowler, David M. Powell
Attorney for Plaintiff