IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FIDELITY & DEPOSIT COMPANY OF
MARYLAND                                                                                          PLAINTIFFS

Vs                             CASE NO.: 4:08CV00195 BSM

U.S. FUEL INTERNATIONAL, INC., ET AL                                          DEFENDANTS

ORDER OF DISMISSAL

The court, having been notified by counsel for plaintiff that a settlement has been reached in this matter, finds that this case should be dismissed.

IT IS THEREFORE ORDERED, that the complaint in this action be, and it is, hereby dismissed with prejudice.

The court retains complete jurisdiction for 90 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 60 days of the date of this order.

IT IS SO ORDERED this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE